# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2290 Disciplinary Docket No. 3
:
    Petitioner : No. 165 DB 2015
:
    v. : Attorney Registration No. 74067
:
MATTHEW I. COHEN : (Philadelphia)
:
    Respondent :

## ORDER

**PER CURIAM**

  **AND NOW**, this 20th day of October, 2016, upon consideration of the Report and Recommendations of the Disciplinary Board, Matthew I. Cohen is suspended from the Bar of this Commonwealth for a period of two years, and he shall comply with all the provisions of Pa.R.D.E. 217. Respondent shall pay costs to the Disciplinary Board pursuant to Pa.R.D.E. 208(g).